IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-06013-CV-SJ-ODS |
| | ) | |
| UNITED STATES CURRENCY IN THE AMOUNT OF $11,434.00, | ) ) | |
| | ) | |
| UNITED STATES CURRENCY IN THE AMOUNT OF $28,400.00, | ) ) | |
| | ) | |
| UNITED STATES CURRENCY IN THE AMOUNT OF $102,856.00, | ) ) | |
| | ) | |
| UNITED STATES CURRENCY IN THE AMOUNT OF $1,500.00, | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>VERIFIED CLAIM OF HUMA ULLAH</u>

COMES NOW Claimant Huma Ullah, by and through counsel Scott Gyllenborg of Gyllenborg & Brown, P.A., and, pursuant to Rule G(5)(a) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, files this verified claim in response to the Notice of Complaint for Forfeiture dated January 28, 2013, and the Complaint for Forfeiture In Rem filed January 22, 2013. In support of her claim, the Ms. Ullah states:

1.     The specific property claimed is identified as all of the defendant property:

    a.     $11,434.00 in United States Currency seized from various locations at 908 North Belt Highway, St. Joseph, Missouri.

b.    $28,400.00 in United States Currency seized from various locations at 4 Herner Drive, Country Club, Missouri.

c.    $102,856.00 in United States Currency, of which $42,856.00 and $60,000.00 was located in separate envelopes in safe deposit box number 1023 under the name of Huma I. Ullah and Mariam Javed at Nodaway Valley Bank, St. Joseph, Missouri.

d.    $1,500.00 in United States Currency seized from 2012 Jeep Wrangler VIN 1C4AJWBG4CL164353 registered to Huma Ihsan Ullah and in the possession of Efrain E. Rios-Montalvo.

The Claimant is identified as Huma Ullah, 4 Herner Drive, Country Club, Missouri 64505, and her interest in the property is that each defendant property is an asset that belongs to her as a legitimate proceed of her business, The Pursuit of Happiness, 908 North Belt Highway, St, Joseph, Missouri 64506, that was obtained legally in her commercial enterprise and is not the proceed of any illegal activity.

Respectfully submitted,

s/Scott C. Gyllenborg
Scott C. Gyllenborg
Bar No. KS-000526
Attorney for Defendant
Gyllenborg & Brown, P.A.
111 South Kansas Avenue
Olathe, Kansas 66061
Telephone: (913) 782-1400
Facsimile: (913) 393-0210
Email: scott@gyllenborg.com

## VERIFICATION OF CLAIM

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 0 4, 2013.

Huma Ullah

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2013, I sent a copy of this claim to James Curt Bohling, Assistant United States Attorney, 400 East 9th Street, Fifth Floor, Kansas City, Missouri 64106.

s/Scott C. Gyllenborg